In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent. KENNETH J. MUL-LANE, as Special Guardian and Attorney for Infants and Others, Appearing Specially, Appellant; JAMES N. VAUGHAN, as Special Guardian and Attorney for Infants and Others, Respondent.

Submitted April 2, 1951; decided April 13, 1951.

Motion for reargument or, in the alternative, to amend the remittitur. Motion for reargument denied. Motion to amend the remittitur granted. Return of remittitur requested and, when returned, it will be amended to provide that the orders of the Appellate Division and the decrees of the Surrogate's Court are reversed, with costs payable out of the fund, and that the Surrogate be directed to enter an order dismissing the petition. [See 299 N. Y. 697.]